HERMAN RICHARDSON V. THE STATE.

No. 9699.   Delivered October 14, 1925.

**Theft a Misdemeanor—No Statement of Facts—No Bills of Exception.**

There being neither a statement of facts nor bill of exception contained in this record, and no error apparent, the cause is affirmed.

Appeal from the District Court of Collin County.  Tried below before the Hon. A. M. Wolford, Judge.

Appeal from a conviction of theft, a misdemeanor; penalty, a fine of $5.00, and one day in the county jail.

, No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—This is an appeal from a conviction in the county court of Collin County for misdemeanor theft, with punishment fixed at a fine of $5.00 and one day in the county jail.

The complaint and information are in regular form as is the charge of the court below.  The record is devoid of bills of exception or statement of facts.  No error appearing, the judgment is affirmed.

*Affirmed.*